BEFORE THE THIRD DIVISION, JULY 11, 1950

**No. 54532.**—D. F. De Bernardi & Co. et al. v. United States, protests 154883–K, etc. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Naumes Forwarding Service* v. *United States* (24 Cust. Ct. 93, C. D. 1214), the claim for free entry under paragraph 1646 was sustained.